# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MARY F. KODENKANDETH, | : | No. 278 WAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DR. DAVID N. WESSEL, DMD, | : | |
| | : | |
| Respondent | | |

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of February, 2020, the Praecipe in Re Comments, the Application for Leave to Rebut, and the Petition for Allowance of Appeal are denied.